EXHIBIT "A"

Dear Clerks

I am in need of a copy of the docket number ~~opinion~~ of 2004 order and opinion from the dismissed ~~Gale~~ Case C.A. no. 03-389 Erie

Barner
vs.
STEPHANIE DOMITROVICH, Et AL,
DEFENDANTS.

Clerks, I also in need of a copy of the order and ~~opinion order~~ that was dismissed on Case - C.A. no. 03-363

Barner
vs.
STEPHANIE DOMITROVICH
of Nov - Dec 2004

If I got to pay I will Please Respond because I need the dockitment I am in court I need them to help with my case

Thank you for your time
B. Barner

P.S. ~~I was~~ the opinion order on Judge STEPHANIE DOMITROVICH, The inmate who was helping me was ship out with don't notice he had the copy of court my opinion order with him

RECEIVED JUN 24 2005 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA