CA 03-389 E

```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 00500434 - JD
           July 12, 2005

   Code    Case #    Qty      Amount

   1ST CIVI 04-44e ca          2.88 CH
   2ND CIVI 03-389e ca         8.80 CH
   1ST CIVI-04-365e ca        12.35 CH


   TOTAL→                     24.03


   FROM: SCI ALBION
         L JEFFERSON
         B BARNES
         M MILEY
```