UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

BENNIE E. BARNES
           Petitioner

VS.

STEPHANIE DOMITROVICH
           Respondent

DOCKET# C.A. # 03-389-ERIE

## NOTICE OF APPEAL

Notice is hereby given that BENNIE E. BARNES, petitioner above-named, hereby appeals to the United States Court of Appeals for the THIRD (3RD) Circuit from the order denying petitioner's application for a CIVIL RIGHTS ACTION entered in this proceeding on JULY 25, 20 05.

DATE: AUGUST 16, 2005

Respectfully submitted

SIGN: *Bennie E Barnes*
NAME: BENNIE E. BARNES
DOC#: EB 8245
ADDRESS: 10745, RT. 18
         ALBION, PA 16475-0002

# UNITED STATES DISTRICT COURT
**FOR THE** WESTERN **DISTRICT OF** PENNSYLVANIA
CIVIL DIVISION

BENNIE E. BARNES
          Petitioner

DOCKET#: C.A. # 03-389 ERIE

VS.

STEPHANIE DOMITROVICH
          Respondent

## APPLICATION FOR CERTIFICATE OF APPEALABILITY
## DISTRICT COURT

    The above-entitled court, by its order entered on JULY 25, 20 05, denied the application of the above-named petitioner, BENNIE E. BARNES, for a CIVIL RIGHTS ACTION Petitioner desires to appeal from such order to the United States Court of Appeals for the THIRD (3RD) Circuit, and in order to take such appeal petitioner respectfully requests that this court issue a Certificate of Appealability, pursuant to the provisions of *28 USCA §2253*, and *28 USCA §22(b)*, of the *Federal Rules of Appellate Procedure*.

    Petitioner believes that he is entitled to redress on appeal, and petitioner further believes that a certificate of appealability should be issued in this case, on the following grounds:

1. VIOLATION OF DUE PROCESS CLAUSE OF THE U.S CONSTITUTION AND PA CONSTITUTIONS

2. VIOLATION OF A SUBSTANTIVE RIGHT WITHIN THE 3RD ARTICLE OF THE BILL OF RIGHTS, CONGRESS SHALL NOT MAKE ANY LAW WHICH PROHIBITS THE RIGHTS FOR PETITION FOR REDRESS OF GRIEVANCES.

3. VIOLATION OF CIVIL RIGHTS PROCEEDURE RULE 19159 NO DEFAULT JUDGEMENT

4.

5. _____
_____
_____
_____
_____

6. _____
_____
_____
_____
_____

7. _____
_____
_____
_____
_____

   WHEREFORE, petitioner-appellant respectfully moves that the United States District Court issue a Certificate of Appealability, so that petitioner-appellant may appeal the order entered on __JULY 25_____, 20 05_____.

DATE: AUGUST 16, 2005

Respectfully submitted

SIGN: *Bennie E. Barnes*
NAME: BENNIE E. BARNES
DOC#: EB 8245
ADDRESS: 10745, RT.18
         ALBION, PA 16475-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN DISTRICT__  DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| : BENNIE E. BARNES | CIVIL ACTION |
| Petitioner | DOCKET# 03-0389 ERIE |
| .V. | MAGISTRATE JUDGE |
| | SUSAN BAXTER |
| . STEPHANIE DOMITROVICH | DISTRICT JUDGE |
| Respondent | SEAN MCLAUGLIN |

## UNSWORN DECLARATION

I, __BENNIE E. BARNES__, hereby verify that the facts set forth in the foregoing __NOTICE OF APPEAL__, are true and correct to the best of my personal knowledge, information, and belief, and that any false statements herein are made subject to the penalties of *28 U.S.C.A. §1746* (relating to unsworn falsifications to authorities)


DATE: AUGUST 16, 2005

Respectfully submitted

SIGN: *Bennie E Barnes*
NAME: BENNIE E. BARNES
DOC#: EB 8245
ADDRESS: 10745, RT 18
         ALBION, PA 16475-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| : __BENNIE E. BARNES__ | CIVIL ACTION |
| Petitioner | DOCKET# __03-0389__ |
| .V. | MAGISTRATE JUDGE |
| | __SUSAN BAXTER__ |
| : __STEPHANIE DOMITROVICH__ | DISTRICT JUDGE |
| Respondent | __SEAN MCLAUGHLIN__ |

## PROOF OF SERVICE

I, __BENNIE E. BARNES__, hereby certify that I have served the foregoing __NOTICE OF APPEAL__, upon the parties listed below, on __JULY 25, 2005__, this being pursuant to the *Federal Rules of Civil Procedure*, and in the manner listed below, which service satisfies the requirements of the *Pennsylvania Federal Rules of Civil Procedure*.

SERVICE BY FIRST CLASS MAIL, POSTAGE PRE-PAID

CLERK OF COURTS                         THREE (3) COPIES

RESPONDENT(S)                           ONE (1) COPY (EACH)

DATE: __AUGUST 16, 2005__

Respectfully submitted

SIGN: __Bennie Barnes__ (signature)
NAME: __BENNIE E. BARNES__
DOC#: __EB 8245__
ADDRESS: __10745, RT 18__
__ALBION, PA 16475__