UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIT OF PENNSYLVANIA

BENNIE E. BARNES                     :
                                     :
        V.                           :       DOCKET: C.A.#03-389 ERIE
                                     :
STEPHANIE DOMITROVICH                :

PETITION TO PROCEED IN FORMA PAUPERIS

PETITIONER, BENNIE E. BARNES, PRO SE, HEREBY MOVES FOR PEMISSION TO PROCEED IN FORMA PAUPERIS AND REPRESENTS THE FOLLOWING:

1. PETITIONER IS INCARCERATED AT: SCI ALBION, LOCATED AT: 10745, RT 18, ALBION PA 16475-0002, AND HE HAS BEEN FOR THE PAST  6  YEARS/MONTHS.

2. PETITIONER IS INDIGENT WITH NO ASSESTS EXCEPT FOR $0 IN HIS PRISION ACCOUNT.

3. PETITIONER 'S ONLY EMPLOYMENT IS A PRISON JOB WHICH ONLY PAYS .19¢, AN HOUR, APPROXIMATELY $5.70 PER WEEK AND APPROIMATELY $22.80 PER MONTH.

4. PETITIONER CANNOT AFORD TO PAY FOR FILING FEES, NOTES OF TESTIMONY AND OTHER COSTS.

5. ATTACHED IS PETITIONER'S VERIFIED AFFIDAVIT.

WHEREFORE, IT ISREQUESTED THAT PETITIONER BE PERMITTED TO PROCEED IN FORMA PAUPERIS.

                                        RESPECTFULLY SUBMITTED,

                                        *Bennie E Barnes*

                                        BENNIE E. BARNES
                                        EB 8245
                                        10745, RT 18
                                        ALBION, PA 16475-0002

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

<u>BENNIE E. BARNES</u>      :
                            :
        V.                  :    DOCKET: <u>C.A.#03-389 ERIE</u>
                            :
<u>STEPHANIE DOMITROVICH</u>   :

<u>IN FORMA PAUPERIS VERIFIED STATEMENT</u>

<u>BENNIE E. BARNES</u>, PETITIONER IN THE ABOVE CAPTIONED MATTER, STATES UNDER THE PENATLIES PROVIDED BY TITLE 18 Pa C.S.A. § 4904 THAT:

BECAUSE OF MY FINANCIAL CONDITION I AM UNABLE TO PAY THE FOLLOWING FEES AND COSTS:

1. RETENTION OF COUNSEL;

2. COST OF REPRODUCING TRANSCRIPTS AND RECORDS; AND

3. OTHER FEES AND COSTS ASSOCIATED WITH THIS APPLICATION FOR <u>NOTICE OF APPEAL</u>.

THE FOLLOWING STATEMENTS RELATING TO MY ABILITY TO PAY THE FEES AND COSTS OF PROSECUTING THIS APPEAL ARE TURE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF:

1. I AM NOT PRESENTLY EMPLOYED EXCEPT FOR THE PRISON WORK DETAIL FOR WHICH I RECIEVE AN AVERAGE MONTHLY PAY OF <u>$22.80</u>.

2. I HAVE RECIEVED NO OTHER INCOME WITHIN THE PAST 12 MONTHS.

3. I HAVE NO CASH OR SAVINGS ACCOUNT NOR DO I OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES OR OTHER VALUBLE PROPERTY.

4. I HAVE <u>$0.00</u>, IN MY PRISON ACCOUNT.

5. I HAVE THE FOLLOWING DEBTS AND OBLIGATIONS: <u>FEDERAL COURT FILING FEES</u>.

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS VERIFIED STATEMENT WILL SUBJECT ME TO THE PENALTIES OF LAWS.

DATE// AUGUST 16, 2005                 RESPECTFULLY,

                                       *Bennie E Barnes*
                                       BENNIE E. BARNES