CA03-389 Erie

Receipt # 05-498
$12.94

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      #  00500498 - NK
      August 24, 2005


   Code    Case #    Qty      Amount

   1ST CIVI 03-136e ca         3.60 CH
   1ST CIVI 04-44e ca          2.00 CH
   2ND CIVI 03-389e ca         2.62 CH
   1ST CIVI 04-365e ca  ✓     12.94 CH
   1ST CIVI 03-363e ca         6.49 CH


   TOTAL→                     27.65


   FROM: SCI ALBION
         FORD, JEFFERSON, BARNES, MILEY
```