IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENNIE BARNES,** | ) | Civil Action No. 03-389E |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Sean J. McLaughlin** |
| **V.** | ) | **Mag. Judge Susan Paradise Baxter** |
| | ) | |
| **JUDGE DOMITROVICH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | **Electronically filed.** |

## NOTICE OF APPEARANCE

AND NOW, comes the defendant, Counselor Habuursky, by her attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1. Please enter the appearance of Mary Lynch Friedline, Senior Deputy Attorney General, for defendant, C. Habuursky in the above captioned case.

                                  Respectfully submitted:

                                  Thomas W. Corbett, Jr.
                                  Attorney General

By:    /s/ Mary Lynch Friedline
        MARY LYNCH FRIEDLINE
        Senior Deputy Attorney General
        Attorney I.D. No. 47046
        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

March 13, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

Bennie Barnes, EB-8245
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

 

By:   /s/  Mary Lynch Friedline
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219