CA 03-389

part pay appeal fee

$5.71

rcpt # 06-278

```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06060278 - DM  dm
          March 28, 2006

    Code    Case #    Qty    Amount

    APPEAL D 03-389 E              5.71 CA


    TOTAL →                        5.71



    FROM: SCI ALBION FOR BENNIE BARNES
           10745 ROUTE 18
           ALBION PA  16475
```