IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENNIE E. BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-389 Erie |
| | ) |
| JUDGE STEPHANIE DOMITROVICH, | ) |
| Et al., | ) **Electronically Filed** |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

Kindly substitute Deputy Attorney General Robert A. Willig for Mary Lynch Friedline, Senior Deputy Attorney General as counsel of record for C. Habuursky, in conjunction with the above-captioned case.

                          Respectfully submitted,

                          **THOMAS W. CORBETT, JR.**
                          **Attorney General**

By:    s/Robert A. Willig
          Robert A. Willig
          Deputy Attorney General
          Attorney I.D. No. 53581

          Susan J. Forney
          Chief Deputy Attorney General
          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  May 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Substitution of Counsel was served upon the following via electronic filing and/or first-class mail on May 9, 2006.

Bennie E. Barnes, EB-8245
State Correctional Institution
  at Albion
10745 Route 18
Albion, PA    16475-0004

Mark E. Mioduszewski, Esquire
KNOX, McLAUGHLIN, GORNALL
  & SENNETT
120 West Tenth Street
Erie, PA    16501

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA    15219

John J. Mead, Esquire
SCARPITTI & MEAD LAW FIRM
1001 State Street
Suite 800
Erie, PA    16501

                                By:    /s/ Robert A. Willig
                                       Robert A. Willig
                                       Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA    15219

Date:  May 9, 2006