**DPS-234**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3870

BENNIE E. BARNES,

Appellant

v.

JUDGE STEPHANIE DOMITROVICH; OFFICE OF CHILDREN AND YOUTH OF ERIE COUNTY, PA.; CASEWORKER MELISSA HEPLER; ATTORNEY ALISON M. SCARPITTI; COUNSELOR C. HARBUSKY

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00389 )
District Judge: Honorable Sean J. McLaughlin

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
May 25, 2006
Before: FUENTES, VAN ANTWERPEN AND CHAGARES, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here
ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu of a formal mandate on 7/10/06

DATED: June 7, 2006

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit