UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000546 - DM *dm*
September 17, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2ND CIVI | 04-44 E | | 6.11 CH |
| 2ND CIVI | ~~05-387~~ E 03-389 | | 0.25 CH |
| 1ST CIVI | 05-112 E | | 5.82 CH |
| 1ST CIVI | 06-174 E | | 3.82 CH |

TOTAL =           15.20

FROM: SCI ALBION FOR:
LEONARD JEFFERSON
BENNIE BARNES (2)
JOHN R. RICHARDSON

1:03-CV-389
.25
part pay