final pmt for CA 03-363
$3.15

part pay for CA 03-389
$3.20

```
              UNITED STATES
             DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

             # 07000454 - SP
               July 18, 2007

   Code    Case #        Qty      Amount

   2ND CIVI CA-04-44E    1/2       3.17 CH
   2ND CIVI CA-03-363E   1/2       6.35 CH
   1ST CIVI CA-06-174E             3.17 CH

   TOTAL→                         12.69

   FROM: SCI ALBION FOR JEFFERSON,
         BARNES, RICHARDSON
```

FILED
'07 JUL 18 A7:35
CLERK
U.S. DISTRICT COURT

1:03-CV-363
part pay
$6.35
receipt
# 07-454

6.35 pmt
− 3.20  1:03-CV-389
  3.15  1:03-CV-363

overpayment of $3.20 applied to
1:03-CV-389 (Barnes v Domotovich)