**RECEIVED**

**NOV - 8 2007**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 08000047 - SF
           November 8, 2007


     Code    Case #    Qty     Amount

    FIRSTPP  03-389E                2.90 CH
    1ST CIVI 05-112E                5.80 CH
    1ST CIVI 06-174E                2.88 CH


         TOTAL→               11.58


     FROM: SCI ALBION FOR BARNES,
           RICHARDSON
```