```
          UNITED STATES
          DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000080 - DM
         December 11, 2007


    Code    Case #     Qty       Amount

   FIRSTAPP 03-389 E              18.00 CH
   1ST CIVI 05-112 E              25.80 CH
   1ST CIVI 06-174 E               2.45 CH


   TOTAL→                         38.25


   FROM: SCI ALBION FDR:
         BENNIE BARNES (2)
         JOHN K. RICHARDSON
```