UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000112 — DM
January 8, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| FIRSTAPF 03-389 E | | | 2.62 CH |
| 1ST CIVI 05-112 E | | | 5.24 CH |

TOTAL→          7.86

FROM: SCI ALBION FOR:
      BENNIE BARNES