```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 08000150 - SP
       February 12, 2008


  Code   Case #    Qty     Amount

  FIRSTAPP 03-389E          2.46 CH
  1ST CIVI A0-111E          4.71 CH


  TOTAL->                   7.45



  FROM: SCI ALBION FOR BENNIE BARKER
```