```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 08000242 - DM
          April 15, 2008

   Code    Case #    Qty       Amount

   FIRSTAPP 03-389                2.90 CH
   1ST CIVI 05-112                5.80 CH


   TOTAL →                       8.70



   FROM: SCI ALBION  OR:
         BENNIE BARNES
```