

CA 03-389

2.90

appeal part pay