```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000324 - DM
          June 11, 2008

    Type    Case #    Qty    Amount

  FLAGSTAFF 04-230 E              11.89 L
  FLAGSTAFF 03-389 E               3.04 Ch
  1ST CIVIL 05-112 E               5.27 Ch


  TOTAL →                         20.20


  FROM: SCI ALBION FOR:
        ANTHONY DEFRANCO,
        BENNIE BARNES (APPEAL)
        BENNIE BARNES
```