

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000339 — DM
July 10, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FIRSTAPP | 04-230 E | | 10.08 CH |
| FIRSTAPP | 03-389 E | | 3.04 CH |
| 1ST CIVI | 05-112 E | | 6.07 CH |

TOTAL →                    19.19

FROM: SCI ALBION FOR
      ANTHONY DEFRANCO
      BENNIE BARNES
      BENNIE BARNES