UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000391 - SP
August 19, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| ✓ FIRSTAPP | 04-230E | | |
| ✓ FIRSTAPP | 03-389E | | 11.09 CH |
| 1ST CIVI | 05-112E | | 2.62 CH |
| | | | 5.24 CH |

TOTAL → 18.95

FROM: SCI ALBION FOR ANTHONY A.
DEFRANCO, BENNIE BARNES