```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 08000415 - SP
        September 12, 2008


   Code    Case #    Qty      Amount

   FIRSTAPP 04-230E            16.63 CH
   FIRSTAPP 03-389E             3.17 CH
   1ST CIVI 05-112E             6.35 CH
   FIRSTAPP 07-152E             0.51 CH


   TOTAL →                     26.46


   FROM: SCI ALBION FOR DEFRANCO,
         BARNES, ARMSTRONG
```